UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-TP-20038-CR-UNGARO-BENAGES/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY BRUTON,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on a Petition for Warrant or Summons for Offender Under Supervision (DE# 2, 6/22/06). This Matter was referred to the undersigned by the Honorable Ursula Ungaro-Benages, United States District Court Judge for the Southern District to take all necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the defendant's supervised release/probation should be revoked (DE # 11, 12/15/06). It is recommended that the defendant's supervised release be revoked.

## BACKGROUND

In August 1998, after being convicted of possession with intent to distribute cocaine, the defendant was sentenced to 120 months of incarceration and a five year term of supervised release. On November 10, 2003, the defendant's term of incarceration was reduced to 70 months and a five year term of supervised release. On April 18, 2006, the defendant's sentence was modified to 25 hours of community service.

The defendant is charged with three violations of his supervised release as follows:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 24, 2006, in Miami-Dade County, Florida, the defendant was arrested and charged with Driving with License Suspended (3 counts), in Traffic Citation Number 8297DNZ. |
| 2. | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On March 7, 2006, March 16, 2006, March 23, 2006, April 6, 2006 and April 20, 2006, the defendant submitted urine specimens which tested positive for the presence of marijuana in a local laboratory and subsequently confirmed positive by Scientific Testing Laboratories, Incorporated. |
| 3. | **Violation of Mandatory Condition**, by refusing to submit to drug testing. On March 16, 2006, the defendant was instructed to submit to weekly drug testing and failed to do so during the week of March 25, 2006. |

On December 21, 2006, the defendant Larry Bruton filed a notice admitting to the three aforementioned supervised release violations. See Defendant's Notice of Admission and Request to Cancel Evidentiary Hearing (DE# 12, 12/21/2006).

## RECOMMENDATION

The undersigned recommends revocation of the defendant's supervised release based on the defendant's admission to the violations numbered one through three.

The parties have ten (10) days from the receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Ursula Ungaro-Benages, United States District Court Judge. Failure to file the objections in a timely manner shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988),

cert. denied, 488 U.S. 958, 109 S.Ct. 397 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993)

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this **3rd** day of January, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro-Benages
All counsel of record