UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20038-TP-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

LARRY BRUTON,

        Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on a Petition for Warrant or Summons for Offender Under Supervision. DE 2.

The matter was referred to Magistrate Judge O'Sullivan, who on January 3, 2007 issued a Report recommending the revocation of Defendant's supervised release based on Defendant's admission to three violations of his supervised release conditions. DE 14. The parties have not objected to the Report.

The Court, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 14) is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of January 2007.

                                              URSULA UNGARO
                                              UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record